# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

Marks,                                     )
                                           )
       *Plaintiff*,                        )
                                           )   Case No. 19 CV 50112
    v.                                   )
                                           )   Magistrate Judge Lisa A. Jensen
Engelkes,                                  )
                                           )
       *Defendant*.                       )

## REPORT AND RECOMMENDATION

      Status hearing held on 1/16/2020. Parties update the Court on settlement discussions. Plaintiff orally moves to dismiss under Federal Rule of Civil Procedure 41(a)(2) without prejudice. It is this Court's Report and Recommendation that Plaintiff's request for dismissal of the case be granted and that Plaintiff's claims be dismissed without prejudice. Any objection to this Report and Recommendation must be filed by January 30, 2020.  Failure to object may constitute a waiver of objections on appeal.  See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260–61 (7th Cir. 1989). The Court denies Plaintiff's oral motion to excuse Plaintiff from continuing to make payment toward the filing fee. Under 28 U.S.C. § 1915(b), "[a]fter payment of the initial partial filing fee, the prisoner *shall* be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b) (emphasis added). The Court does not have the authority to alter payments mandated by statute.

Dated: 1/16/2020         By:     *Lisa A. J_____*

                            Lisa A. Jensen
                            United States Magistrate Judge